1  Morgan W. Tovey (State Bar No. 136242)
   William R. Overend (State Bar No. 180209)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:    415.543.8700
   Facsimile:    415.391.8269
7
   Tracy Zurzolo Frisch (admitted *pro hac vice*)
8  REED SMITH LLP
   2500 One Liberty Place
9  1650 Market Street
   Philadelphia, PA 19103-7301
10 Telephone:    215-851-8100
   Facsimile:    215-851-1420
11
   Attorneys for Plaintiff
12 Walker & Zanger, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                   NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| 18 | WALKER & ZANGER, INC., a New York corporation | No. C-04-01946-VRW (JCS) |
|---|---|---|
| 19 | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO CONTINUE DISCOVERY CONFERENCE** |
| 20 | vs. | |
| 21 | PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation | Date: September 9, 2005
Time: 1:30 p.m.
Place: Courtroom A, 15th Floor |
| 22 | Defendant. | |

REED SMITH LLP
A limited liability partnership formed in the State of Delaware.

- 1 -
Stipulation and Proposed Order To Continue Discovery Conference
Action No. C-04-01946-VRW

DOCSSFO-12414582.1

The parties, by and through their undersigned counsel, hereby stipulate to continue the Discovery Conference currently scheduled for September 9, 2005 until September 23, 2005. The parties are seeking this continuance because they believe that such an extension will allow them sufficient time to evaluate each other's document productions and amended discovery responses, such that the Conference will be a meaningful and efficient use of the resources of the Court and the parties.

DATED: September 2, 2005.

REED SMITH LLP

By   /s/ Tracy Zurzolo Frisch
    Tracy Zurzolo Frisch
    Attorneys for Plaintiff
    Walker & Zanger, Inc.

DATED: September 2, 2005.

I BRAUN DEGENSHEIN

By   /s/ I Braun Degenshein
    I Braun Degenshein
    Attorneys for Defendant
    Paragon Industries, Inc.

Pursuant to stipulation, IT IS SO ORDERED.

DATED: 9/6/05

Joseph C. Spero
United States Magistrate Judge

- 2 -
Stipulation and ~~Proposed~~ Order To Continue Discovery Conference
Action No. C-04-01946-VRW

DOCSSFO-12414582.1