UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER & ZANGER INC, | No. C-04-1946 VRW (JCS) |
| Plaintiff(s), | |
| v. | **FURTHER DISCOVERY CONFERENCE ORDER** |
| PARAGON INDUSTRIES INC, | |
| Defendant(s). | |

Following a Further Discovery Conference held on September 23, 2005, IT IS HEREBY ORDERED THAT the schedule in this case is modified as follows:

1. All expert disclosures required by the Federal Rules of Civil Procedure shall be made by **November 18, 2005**. Rebuttal expert disclosures shall be made by **December 2, 2005**.

2. All non-expert discovery shall be completed by **November 18, 2005**.

3. All discovery from experts shall be completed by **December 23, 2005**.

IT IS SO ORDERED.

DATED: September 26, 2005

_____
JOSEPH C. SPERO
United States Magistrate Judge