1  Morgan W. Tovey (State Bar No. 136242)
   William R. Overend (State Bar No. 180209)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA  94111

4  **Mailing Address:**
   P.O. Box 7936
5  San Francisco, CA  94120-7936

6  Telephone:   415.543.8700
   Facsimile:   415.391.8269
7
   Tracy Zurzolo Frisch (admitted *pro hac vice*)
8  REED SMITH LLP
   2500 One Liberty Place
9  1650 Market Street
   Philadelphia, PA  19103-7301
10 Telephone:   215-851-8100
   Facsimile:   215-851-1420
11
   Attorneys for Plaintiff
12 Walker & Zanger, Inc.

13

14                    UNITED STATES DISTRICT COURT

15                    NORTHERN DISTRICT OF CALIFORNIA

16                        SAN FRANCISCO DIVISION

17

| | |
|---|---|
| 18  WALKER & ZANGER, INC., a New York corporation | No. C-04-01946-VRW |
| 19            Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE SURVEYS OF PLAINTIFF'S EXPERT HENRY OSTBERG, PH.D.** |
| 20      vs. | |
| 21  PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation | |
| 22            Defendant. | |

- 1 -

Stipulation and Proposed Order Continuing Hearing Date for Defendant's Motion for Summary Judgment and Motion to Strike, Action No. C-04-01946-VRW

DOCSSFO-12428751.1

1    Pursuant to this Court's October 24, 2005 Case Scheduling Order, the last day to file
2  and serve dispositive motions was scheduled for January 26, 2006, and the last day for hearings on
3  dispositive motions was scheduled for March 2, 2006. On January 26, 2006, Defendant Paragon
4  Industries, Inc. ("Paragon") filed its Motion for Summary Judgment. Due to technical difficulties,
5  the Motion itself was not filed until shortly before midnight and its supporting papers, including an
6  evidentiary objection in the way of a Motion to Strike, were filed between midnight and 5:12 a.m. on
7  January 27, 2006. Additionally, Paragon refiled its Motion papers on Saturday, January 28, 2006 ~~March 28, 2006~~
8  pursuant to ECF instructions because it inadvertently docketed a March 3, 2006 hearing date (instead
9  of March 2, 2006 as set by the Court in its October 24, 2005 Case Scheduling Order), and because it
10 mistakenly filed wrong .pdf files and omitted three exhibits.

12   Plaintiff Walker & Zanger, Inc. ("Walker Zanger") has objected to Paragon's Motion
13 for Summary Judgment and Motion to Strike as untimely – contending that it was not provided the
14 requisite thirty-five days notice for a March 2, 2006 hearing and that it did not receive certain
15 exhibits until two days after the original filing deadline. Paragon disputes Walker & Zanger's
16 objections because it believes Walker & Zanger suffered no prejudice for three reasons: (1) the
17 refiled papers contain no substantive changes, (2) all papers other than the omitted exhibits were
18 filed before the start of business on January 27, 2006, and (3) Walker & Zanger reasonably should
19 have known that the March 3, 2006 date was in error as it had been on notice of the March 2, 2006
20 hearing date since October 24, 2005.

22   In an effort to resolve their differences without unnecessarily taking the Court's time
23 and resources, the parties have met and conferred and agreed to stipulate to continuing the hearing
24 date for the Motion for Summary Judgment and Motion to Strike one week, until March 9, 2006.
25 The parties note that this continuance will not impact the Court's existing schedule for pretrial and
26 trial dates. Accordingly, the parties stipulate to the following deadlines and respectfully request that
27 they be approved by this Court:

- 2 -
Stipulation and Proposed Order Continuing Hearing Date for Defendant's Motion for Summary Judgment and Motion to Strike, Action No. C-04-01946-VRW

DOCSSFO-12428751.1

1  Last Day for Hearing on Paragon's Motion for Summary Judgment and Motion to
2  Strike:  March 9, 2006.

4  Last Day for Walker Zanger to file and serve Oppositions to Paragon's Motion for
5  Summary Judgment and Motion to Strike:  February 16, 2006.

7  Last Day for Paragon to file and serve Reply briefs, if any, in support of its Motion
8  for Summary Judgment and Motion to Strike:  February 23, 2006.

10  DATED:  January 31, 2006.

11  REED SMITH LLP

13  By  /s/
14  William R. Overend
    Attorneys for Plaintiff
15  Walker & Zanger, Inc.

16  DATED:  January 31, 2006.

17  I BRAUN DEGENSHEIN

19  By  /s/
20  I Braun Degenshein
    Attorneys for Defendant
21  Paragon Industries, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED:  February 6    , 2006.

VAUGHN R. WALKER
Chief United States District Judge

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — GRANTED — Judge Vaughn R Walker]