UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WALKER & ZANGER INC, | No. C 04-01946 VRW (JCS) |
| Plaintiff(s), | **ORDER GRANTING PLAINTIFF'S MOTION TO STRIKE DEFENANT PARAGON'S SUPPLEMENTAL REPORT [Docket No. 68]** |
| v. | |
| PARAGON INDUSTRIES INC, | |
| Defendant(s). | |

On December 30, 2005, Plaintiff's filed a Motion to Strike Defendant Paragon Industries, Inc.'s Supplemental Expert Report (the "Motion").

On February 3, 2006, a hearing was held on the Motion. William Ross Overend and Tracy Zurzolo Frisch, counsel for Plaintiff, appeared. Jora Trang, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS SO ORDERED.

DATED: February 6, 2006

_____
JOSEPH C. SPERO
United States Magistrate Judge