Morgan W. Tovey (State Bar No. 136242)
William R. Overend (State Bar No. 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Tracy Zurzolo Frisch (admitted *pro hac vice*)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420

Attorneys for Plaintiff
Walker & Zanger, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALKER & ZANGER, INC., a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation<br><br>Defendant. | No. C-04-01946-VRW<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DR. SANDRA COGAN** |

- 1 -

1  On March 24, 2006, Plaintiff Walker & Zanger, Inc. ("Walker Zanger") filed its
2  "Motion to Strike Defendant Paragon Industries, Inc.'s Supplemental Rebuttal Expert Report of Dr.
3  Sandra Cogan," for the hearing date of April 28, 2006.

5  On March 31, 2006, counsel for Defendant, Paragon Industries, Inc. ("Paragon"), I
6  Braun Degenshein, became very ill and ultimately had to be admitted to the Emergency Room at
7  Kaiser Permanente Hospital in Oakland on April 2, 2006. Mr. Degenshein has requested a one
8  week continuance for the hearing date on the above-mentioned motion from Plaintiff's counsel,
9  William Overend, and such request was granted.

11  Accordingly, the parties have agreed to stipulate to continuing the hearing date for the
12  Motion to Strike Supplemental Rebuttal Expert Report of Dr. Sandra Cogan to May 5, 2006. The
13  new deadline for filing the Opposition is 21 days before May 5, and the new deadline for filing the
14  Reply is 14 days before the hearing date, pursuant to Local Rule 7-7(a). Accordingly, the parties
15  stipulate to the following deadline and respectfully request that it be approved by this Court:

17  Last Day to File/Serve Opposition to Plaintiff's Motion to Strike Supplemental
18  Rebuttal Expert Report of Sandra Cogan: April 14, 2006.

20  Last Day to File/Serve Reply Brief in Support of Plaintiff's Motion to Strike
21  Supplemental Rebuttal Expert Report of Sandra Cogan: April 21, 2006.

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION
TO STRIKE SUPPLEMENTAL REPORT OF DR. SANDRA COGAN, Action No. C-04-01946-VRW

New Hearing Date for Plaintiff's Motion to Strike Supplemental Rebuttal Expert Report of Sandra Cogan: May 5, 2006.

DATED: April 4, 2006.

REED SMITH LLP

By /s/
William R. Overend
Attorneys for Plaintiff
Walker & Zanger, Inc.

DATED: April 4, 2006.

I BRAUN DEGENSHEIN

By /s/
I Braun Degenshein
Attorneys for Defendant
Paragon Industries, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 5, 2006.

JOSEPH C. SPERO
United States Magistrate Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL REPORT OF DR. SANDRA COGAN, Action No. C-04-01946-VRW