Morgan W. Tovey (State Bar No. 136242)
William R. Overend (State Bar No. 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  415.543.8700
Facsimile:  415.391.8269

Tracy Zurzolo Frisch (admitted *pro hac vice*)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone:  215-851-8100
Facsimile:  215-851-1420

Attorneys for Plaintiff
Walker & Zanger, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALKER & ZANGER, INC., a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation<br><br>Defendant. | No. C-04-01946-VRW<br><br>**SECOND STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL REBUTTAL EXPERT REPORT OF DR. SANDRA COGAN** |

- 1 -

1  On March 24, 2006, Plaintiff Walker & Zanger, Inc. ("Walker Zanger") filed its
2  "Motion to Strike Defendant Paragon Industries, Inc.'s Supplemental Rebuttal Expert Report of Dr.
3  Sandra Cogan," for the hearing date of April 28, 2006.

5  On March 31, 2006, counsel for Defendant, Paragon Industries, Inc. ("Paragon"), I
6  Braun Degenshein, became very ill and ultimately had to be admitted to the Emergency Room at
7  Kaiser Permanente Hospital in Oakland on April 2, 2006.  As a result, on April 4, 2006, the parties
8  filed a Stipulation and Proposed Order Continuing Plaintiff's Motion to Strike Supplemental
9  Rebuttal Expert Report of Dr. Sandra Cogan.  The Court approved that Stipulation and entered an
10 Order accordingly on or about April 5, 2006.

12 Due to further complications, Mr. Degenshein had to undergo surgery on Monday
13 April 10, 2006 and will need additional time for recovery from the surgery.  Mr. Degenshein
14 therefore has requested a one month continuance for the hearing date on the above-mentioned
15 motion from Plaintiff's counsel, William Overend, and such request was granted.

17 Accordingly, the parties have agreed to stipulate to continuing the hearing date for the
18 Motion to Strike Supplemental Rebuttal Expert Report of Dr. Sandra Cogan to **June 2, 2006**.  The
19 new deadline for filing the Opposition is 21 days before June 2, and the new deadline for filing the
20 Reply is 14 days before the hearing date, pursuant to Local Rule 7-7(a).  Accordingly, the parties
21 stipulate to the following deadlines and respectfully request that they be approved by this Court:

23 Last Day to File/Serve Opposition to Plaintiff's Motion to Strike Supplemental
24 Rebuttal Expert Report of Sandra Cogan:  **May 12, 2006**.

26 Last Day to File/Serve Reply Brief in Support of Plaintiff's Motion to Strike
27 Supplemental Rebuttal Expert Report of Sandra Cogan:  **May 19, 2006**.

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION
TO STRIKE SUPPLEMENTAL REPORT OF DR. SANDRA COGAN, Action No. C-04-01946-VRW

New Hearing Date for Plaintiff's Motion to Strike Supplemental Rebuttal Expert Report of Sandra Cogan: **June 2, 2006**.

DATED: April 11, 2006.

        REED SMITH LLP

        By /s/
           William R. Overend
           Attorneys for Plaintiff
           Walker & Zanger, Inc.

DATED: April 11, 2006.

        JORA TRANG

        By /s/
           Jora Trang, acting on behalf of I Braun Degenshein
           Attorneys for Defendant
           Paragon Industries, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____April 17_____, 2006.

        JOSEPH C. SPERO
        United States Magistrate Judge

- 3 -

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR PLAINTIFF'S MOTION TO STRIKE SUPPLEMENTAL REPORT OF DR. SANDRA COGAN, Action No. C-04-01946-VRW