Morgan W. Tovey (State Bar No. 136242)
William R. Overend (State Bar No. 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Tracy Zurzolo Frisch (admitted *pro hac vice*)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420

Attorneys for Plaintiff
Walker & Zanger, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALKER & ZANGER, INC., a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation<br><br>Defendant. | No. C-04-01946-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE FOR DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO EXCLUDE EXPERT TESTIMONY OF HENRY OSTBERG AND PLAINTIFF'S MOTION TO EXCLUDE TESTIMONY OF EXPERT TRAVIS CULWELL** |

- 1 -

STIP AND [PROPOSED] ORDER CONT HEARING DATE FOR D'S MOTIONS FOR SUM JUDGMT & TO EXCLUDE OSTBERG & PLAINTIFF'S MOTION TO EXCLUDE CULWELL, Action No. C-04-01946-VRW

On March 2, 2006, the Court sent a "Clerk's Notice" notifying all parties that Defendant's Motion for Summary Judgment and Motion to Strike Surveys of Henry Ostberg, Ph.D. as well as Plaintiff's Motion to Exclude Testimony of Expert Travis Culwell would be rescheduled to May 18, 2006 at 2 p.m.

On March 31, 2006, counsel for Defendant, Paragon Industries, Inc. ("Paragon"), I Braun Degenshein, became very ill and ultimately had to be admitted to the Emergency Room at Kaiser Permanente Hospital in Oakland on April 2, 2006. Due to further complications, Mr. Degenshein had to undergo surgery on Monday April 10, 2006. Mr. Degenshein has requested a one month continuance for the hearing date on the above-mentioned motions from Plaintiff's counsel, William Overend, and such request was granted.

Accordingly, the parties have agreed to stipulate to continuing the hearing date for Defendant's Summary Judgment Motion and the Motion to Strike Surveys of Henry Ostberg, Ph.D. *and* Plaintiff's Motion to Exclude Testimony of Expert Travis Culwell to **June 22, 2006 at 2 p.m.** in Courtroom 6, on the 17th Floor, 450 Golden Gate Avenue, San Francisco, California. The parties note that this continuance will not affect pretrial or trial dates in this case, as such dates are presently vacated.

///

///

///

///

DATED: April 11, 2006.

REED SMITH LLP

By /s/
William R. Overend
Attorneys for Plaintiff
Walker & Zanger, Inc.

DATED: April 11, 2006.

JORA TRANG

By /s/
Jora Trang, acting on behalf of I Braun Degenshein
Attorneys for Defendant
Paragon Industries, Inc.

### ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: April 19, 2006

IT IS SO ORDERED
Judge Vaughn R Walker
United States District Judge

- 3 -