Morgan W. Tovey (State Bar No. 136242)
William R. Overend (State Bar No. 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone: 415.543.8700
Facsimile: 415.391.8269

Tracy Zurzolo Frisch (admitted *pro hac vice*)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone: 215-851-8100
Facsimile: 215-851-1420

Attorneys for Plaintiff
Walker & Zanger, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALKER & ZANGER, INC., a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation<br><br>Defendant. | No. C-04-01946-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING JOINT PRETRIAL CONFERENCE AND RELATED DEADLINES** |

- 1 -

Stipulation And [Proposed] Order Continuing Joint Pretrial Conference And Related Deadlines,
Action No. C-04-01946-VRW

On April 23, 2007, a Clerk's Notice issued setting a Pretrial Conference in this matter for August 7, 2007, at 9:00 a.m. The parties have recently reached a tentative settlement of this matter, which they are working to finalize in a written Settlement Agreement. The parties therefore respectfully request that the Court continue the currently-scheduled Pretrial Conference for a period of thirty (30) days, so that they may finalize their settlement without incurring additional fees and costs associated with remaining pretrial and trial preparation. Accordingly, the parties hereby stipulate to a continuance of the Pretrial Conference until September 4, 2007, at 9:00 a.m. or a later date convenient for the Court.

DATED: July 20, 2007.

REED SMITH LLP

By /s/ William R. Overend
William R. Overend
Attorneys for Plaintiff
Walker & Zanger, Inc.

DATED: July 20, 2007.

I BRAUN DEGENSHEIN

By /s/ I Braun Degenshein
I Braun Degenshein
Attorneys for Defendant
Paragon Industries, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: _____July 24_____, 2007.

GRANTED
Judge Vaughn R Walker

Vaughn R. Walker
United States District Judge

- 2 -
Stipulation And [Proposed] Order Continuing Joint Pretrial Conference And Related Deadlines,
Action No. C-04-01946-VRW