1  Morgan W. Tovey (State Bar No. 136242)
   William R. Overend (State Bar No. 180209)
2  REED SMITH LLP
   Two Embarcadero Center, Suite 2000
3  San Francisco, CA 94111

4  Mailing Address:
   P.O. Box 7936
5  San Francisco, CA 94120-7936

6  Telephone:   415.543.8700
   Facsimile:    415.391.8269
7
   Tracy Zurzolo Quinn (admitted *pro hac vice*)
8  REED SMITH LLP
   2500 One Liberty Place
9  1650 Market Street
   Philadelphia, PA 19103-7301
10 Telephone:   215-851-8100
   Facsimile:    215-851-1420
11
   Attorneys for Plaintiff
12 Walker & Zanger, Inc.

13

14                 UNITED STATES DISTRICT COURT

15                NORTHERN DISTRICT OF CALIFORNIA

16                    SAN FRANCISCO DIVISION

17

| WALKER & ZANGER, INC., a New York corporation | No. C-04-01946-VRW |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER CONTINUING JOINT PRETRIAL CONFERENCE AND RELATED DEADLINES** |
| vs. | |
| PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation | |
| Defendant. | |

- 1 -

1    In late July 2007, the parties reached a tentative settlement of this matter and requested a thirty (30) day extension of the pending Pretrial Conference date and related deadlines, in order to negotiate the terms of a written Settlement Agreement. The Court granted that extension on July 24, 2007. [Docket No. 178.] Since that time, the parties have worked diligently to finalize their settlement and have exchanged several draft Settlement Agreements. There are only a few remaining disputes, but the parties require additional time in order to complete their negotiations and finalize the written terms of the Agreement. Accordingly, the parties respectfully request that the Court continue the currently-scheduled Pretrial Conference for an additional period of thirty (30) days, until October 2, 2007, at 9:00 a.m. or a later date convenient for the Court.

DATED: August 17, 2007.

REED SMITH LLP

By /s/ William R. Overend
William R. Overend
Attorneys for Plaintiff
Walker & Zanger, Inc.

DATED: August 17, 2007.

I BRAUN DEGENSHEIN

By /s/ Jamie M. Davenport
Jamie M. Davenport
Attorneys for Defendant
Paragon Industries, Inc.

**ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 20 August, 2007.

Vaughn R. Walker
United States District Judge

- 2 -

Stipulation And [Proposed] Order Continuing Joint Pretrial Conference And Related Deadlines,
Action No. C-04-01946-VRW