Morgan W. Tovey (State Bar No. 136242)
William R. Overend (State Bar No. 180209)
REED SMITH LLP
Two Embarcadero Center, Suite 2000
San Francisco, CA 94111

Mailing Address:
P.O. Box 7936
San Francisco, CA 94120-7936

Telephone:  415.543.8700
Facsimile:  415.391.8269

Tracy Zurzolo Quinn (admitted *pro hac vice*)
REED SMITH LLP
2500 One Liberty Place
1650 Market Street
Philadelphia, PA 19103-7301
Telephone:  215-851-8100
Facsimile:  215-851-1420

Attorneys for Plaintiff
Walker & Zanger, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WALKER & ZANGER, INC., a New York corporation<br><br>Plaintiff,<br><br>vs.<br><br>PARAGON INDUSTRIES, INC., d/b/a BEDROSIANS, a California corporation<br><br>Defendant. | No. C-04-01946-VRW<br><br>**STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL OF ACTION** |

IT IS HEREBY STIPULATED by and between the parties to this action, through their respective counsel of record, that this action is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1). Each party shall bear its own attorneys' fees and costs in connection with the above-captioned action.

DATED: September 14, 2007.

    REED SMITH LLP

    By /s/ William R. Overend
        William R. Overend
        Attorneys for Plaintiff
        Walker & Zanger, Inc.

DATED: September 14, 2007.

    I BRAUN DEGENSHEIN

    By /s/ I Braun Degenshein
        I Braun Degenshein
        Attorneys for Defendant
        Paragon Industries, Inc.

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: September 19, 2007.



Vaughn R. Walker
United States District Judge

---

- 2 -